United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 18, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-61025
Summary Calendar

_____

FEDERICO JARVIS,

                                        Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

                                        Respondent.

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A79-344-032
--------------------

Before HIGGINBOTHAM, DAVIS and PRADO, Circuit Judges.

PER CURIAM:[*]

     Federico Jarvis, a native and citizen of Colombia, petitions
for review of a Board of Immigration Appeals (BIA) order denying
his application for asylum and withholding of deportation.
Jarvis argues that, because the BIA adopted the Immigration
Judge's (IJ) decision without opinion, this court should not give
the BIA decision any deference.  Jarvis's argument for non-
deferential review is foreclosed; this court's review of the

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

factual determinations of the BIA is for substantial evidence. See <u>Moin v. Ashcroft</u>, 335 F.3d 415, 418 (5th Cir. 2003).

Jarvis also argues that he was a credible witness. This court may not review the IJ's credibility determination or the decision to deny Jarvis asylum based upon such a determination. <u>Chun v. INS</u>, 40 F.3d 76, 78 (5th Cir. 1994).

Jarvis also argues that he should have been granted asylum because asylum is available to those, whose persecutors have some pecuniary or other non-political agenda so long as he provides some evidence that he has a well-founded fear that he will be persecuted because of his political opinion. Substantial evidence exists to support the IJ's finding that Jarvis was not a refugee and did not suffer persecution on any recognized ground. See <u>Efe v. Ashcroft</u>, 293 F.3d 899, 903 (5th Cir. 2002); <u>United States v. Girma</u>, 283 F.3d 664, 667 (5th Cir. 2002). The petition for review is DENIED.